UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| LINNELL RICHMOND, JR., | ) | |
| Petitioner, | ) | Civil Action No. 7: 20-054-WOB |
| v. | ) | |
| HECTOR JOYNER, Warden | ) | **JUDGMENT** |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** that:

1. Petitioner Linnell Richmond, Jr.'s petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [R. 1] and his supplemental § 2241 petition [R. 15] are **DENIED**.

2. This action is **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 18th day of September, 2020.



Signed By:
*William O. Bertelsman* WOB
United States District Judge

1